LAFAYETTE LUMBER CO., INC., and BRIGHTON LUMBER & TRIM CO., INC., Appellants, v. JOSEPH SELVESTER, Defendant, and ROSE GUINAN, Respondent.— Motion to open default granted. Motion for reargument granted and case set down for Monday, September 30, 1929, to be argued when reached. Upon the reargument let proof of the error in the original record be submitted. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

JOSEPH MANDELBERG and FRED BLANDER, Respondents, v. ANNA COHN, Appellant.— Motion to dismiss appeal denied upon condition that the attorneys for appellant serve their brief on the attorney for respondents on or before August 1, 1929; and in case of their failure so to do the appeal is dismissed upon proof by affidavit of such failure, this decision being pursuant to stipulation of the parties. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

LEE McCANLISS, Respondent, v. IRENE McCANLISS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for resettlement of order denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

NEW YORK TERRACE ESTATES, INC., and Others, Appellants, v. RICHMOND DEVELOPMENT COMPANY, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ANDRELLA, Alias FRANK BOOTSY, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

EMIL SENHOLZI and LILLA SENHOLZI, Respondents, v. MAX POPPER, Individually and as President of FAIRFIELD DEVELOPMENT CORPORATION, FAIRFIELD DEVELOPMENT CORPORATION, Appellants, and "NATHAN" J. SHATZKIN, etc., Defendant.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

ALFRED R. SORENSEN and THOMAS F. DONIGAN, Respondents, v. MORRIS PHILIP, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.